# Exhibit 4

| Claim | Analysis |
|---|---|
| [1.1] A modular computer user interface system comprising: | To the extent preamble is limiting, Dell Technologies ("Defendant") makes, uses, sells and/or offers for sale a modular computer user interface system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides XPS 15[1] (used herein as an exemplary product) and auxiliary modules including but not limited to USB Wired Numeric Keypad (used herein as an exemplary product) and Wireless Numeric Keypad which collectively forms a modular computer user interface system.<br><br>XPS 15 Laptop<br>★★★★ 4.1 (5769)  Ask a question<br>9th Generation Intel® Core™ i7-9750H (12MB Cache, up to 4.5 GHz, 6 cores)<br>Windows 10 Home, 64-bit, English<br>NVIDIA® GeForce® GTX 1650 4GB GDDR5<br>16GB DDR4-2666MHz, 2x8G<br>512GB M.2 PCIe NVMe Solid State Drive<br>Ports & Slots<br>Est. Value $1,849.99<br>$1,399.99<br><br>Source:   https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590- |

---

[1] While XPS 15 has been used as an exemplary infringing product, all Dell laptops including but not limited to Vostro Series, Inspiron Series, XPS Series, G Series, Rugged Series, Latitude Series and/or Alienware Series as well as variants and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other Dell devices.

1

| | laptop/xn7590edldh#features_section |
|---|---|
| |  Source: https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories |
| [1.2] a processor, | Defendant provides a modular computer user interface system comprising a processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's XPS 15 comprises a processor including but not limited to 9th Generation Intel Core i7-9750H processor. |

2

| | |
|---|---|
| | <br>Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section |
| [1.3] a platform including a keyboard mounted thereon, | Defendant provides a modular computer user interface system comprising a platform including a keyboard mounted thereon, said processor electrically connected to and responsive of data communication from said keyboard. |

3

| | |
|---|---|
| said processor electrically connected to and responsive of data communication from said keyboard, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's XPS 15 comprises a platform including a Backlit keyboard mounted thereon. XPS 15 comprises a processor including but not limited to 9th Generation Intel Core i7-9750H processor which is electrically connected to the Backlit keyboard and processes user input from the Backlit keyboard.<br><br><br><br>Platform including a keyboard mounted thereon<br><br>Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section (annotated) |

4



Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section

5

| | |
|---|---|
| | Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section<br><br>Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section |
| [1.4] at least one auxiliary module connected to said platform in | Defendant provides a modular computer user interface system comprising at least one auxiliary module connected to said platform in segregated relation to said keyboard.<br><br>This element is infringed literally, or in the alternative, under the doctrine of |

6

| | |
|---|---|
| segregated relation to said keyboard, | equivalents.<br><br>For example, Defendant provides USB Wired Numeric Keypad ("auxiliary module") which is connected to the platform through USB interface assembly. USB Wired Numeric Keypad is not an integral part of the platform and is connected to the platform using USB interface assembly in segregated relation to the keyboard of XPS 15.<br><br>![USB Wired Numeric Keypad product listing showing price $25.99, 4.4 star rating, Manufacturer Part AKP10US, Dell Part A6928588]<br><br>Source: https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories |

7



Source:  https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories

Source:  https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories

8

| | |
|---|---|
| [1.5] an interface assembly connected at least in part to said platform and structured to operatively interconnect said auxiliary module and said processor, | Defendant provides a modular computer user interface system comprising an interface assembly connected at least in part to said platform and structured to operatively interconnect said auxiliary module and said processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's USB Wired Numeric Keypad ("auxiliary module") comprises USB interface assembly. USB interface assembly interconnects USB Wired Numeric Keypad to the XPS 15's processor to provide input functionalities.<br><br><br><br>Source: https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories |



Source: https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories

10

| | |
|---|---|
| | Source: https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories |
| [1.6] said auxiliary module including a programable application integrated therein and a display assembly, and | Defendant provides a modular computer user interface system comprising said auxiliary module including a programable application integrated therein and a display assembly.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's USB Wired Numeric Keypad ("auxiliary module") provides functionality of 19 keys including function and document navigation controls ("programable application") and Defendant's XPS 15 comprises a 15.6-inch 4K UHD display ("display assembly").<br><br><br><br>Source: https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories |

The Targus Numeric Keypad allows users to type numbers into spreadsheets and other applications quickly and easily. The full-size 19mm keys improve speed and accuracy by making it easier to locate and press the numbers you are looking for. The integrated ergonomic tilt provides added comfort which helps reduce strain after a long work day. The USB cord is 3 feet long to provide additional flexibility in the workspace. Ideal for in office or in home use.

- Connects to a laptop or desktop computer using an included cable with USB connector.
- USB port required. True plug-and-play device; no drivers required.

Source:  https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories

**Memory** More Info
16GB DDR4-2666MHz, 2x8G

**Hard Drive** More Info
512GB M.2 PCIe NVMe Solid State Drive

**Display** More Info
15.6" 4K UHD (3840 x 2160) OLED InfinityEdge Anti-Reflective Non-Touch 100% DCI-P3 400-Nits display

**Wireless** More Info
Killer Wi-Fi 6 AX1650 (2x2) and Bluetooth 5.0

Source:    https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section

| | |
|---|---|
| | <br><br>Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section |
| [1.7] said display assembly responsive to visually display a selected function of said programable application. | Defendant provides a modular computer user interface system comprising said display assembly responsive to visually display a selected function of said programable application.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's XPS 15 comprises a 15.6-inch 4K UHD display assembly which produces a visual output in response to the selection of one of the 19 keys including function and document navigation controls from the Defendant's USB Wired Numeric Keypad. Each key of the USB Wired Numeric Keypad has a specific functionality and comprises a corresponding visual change which is displayed on the XPS 15's display. |

13



Source: https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories

The Targus Numeric Keypad allows users to type numbers into spreadsheets and other applications quickly and easily. The full-size 19mm keys improve speed and accuracy by making it easier to locate and press the numbers you are looking for. The integrated ergonomic tilt provides added comfort which helps reduce strain after a long work day. The USB cord is 3 feet long to provide additional flexibility in the workspace. Ideal for in office or in home use.

- Connects to a laptop or desktop computer using an included cable with USB connector.
- USB port required. True plug-and-play device; no drivers required.

Source: https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories

14

**Memory** More Info
16GB DDR4-2666MHz, 2x8G

**Hard Drive** More Info
512GB M.2 PCIe NVMe Solid State Drive

**Display** More Info
15.6" 4K UHD (3840 x 2160) OLED InfinityEdge Anti-Reflective Non-Touch 100% DCI-P3 400-Nits display

**Wireless** More Info
Killer Wi-Fi 6 AX1650 (2x2) and Bluetooth 5.0

Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section



Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section

# 1. List of References

1. https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section , last accessed on March 18, 2021
2. https://www.dell.com/en-us/shop/usb-wired-numeric-keypad/apd/a6928588/pc-accessories, last accessed on March 18, 2021