# Exhibit 5

| Claim | Analysis |
|---|---|
| [19.1] A modular computer user interface system comprising: | To the extent preamble is limiting, Dell Technologies ("Defendant") makes, uses, sells and/or offers for sale a modular computer user interface system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides XPS 15[1] (used herein as an exemplary product) and auxiliary modules including but not limited to C2G USB C Dock with 4K HDMI, VGA, Ethernet, SD Reader and Power Delivery up to 100W - docking station - VGA, HDMI[2] (hereinafter referred as C2G USB C Dock) (used herein as an exemplary product) which collectively form a modular computer user interface system. |

---

[1] While XPS 15 has been used as an exemplary infringing product, all Dell laptops including but not limited to Vostro Series, Inspiron Series, XPS Series, G Series, Rugged Series, Latitude Series and/or Alienware Series as well as variants and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other Dell devices.

[2] While C2G USB C Dock with 4K HDMI, VGA, Ethernet, SD Reader and Power Delivery up to 100W - docking station - VGA, HDMI has been used as an exemplary infringing product, all Dell docking station including but not limited to Kensington SD5600T Thunderbolt 3 and USB-C Dual 4K Hybrid Docking Station, Kensington SD5700T Thunderbolt 4 Dual 4K Docking Station with 90W PD, Kensington SD4900P USB-C and USB 3.0 Triple 4K Hybrid Docking Station, Portable Dual Display Universal USB 3.0 Dock - VT100 – VisionTek, Triple Display USB-C Laptop Docking Station with Power Passthrough - VT2000 – VisionTek, Triple Display USB-C Docking Station with 85W Power Delivery - VT2500 – VisionTek, and Targus USB-C Multi-Port Single Video Adapter and Card Reader with 100W PD Pass-Through - Docking station - USB-C - HDMI as well as variants and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other Dell devices.



Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section

Source: https://www.dell.com/en-us/shop/c2g-usb-c-dock-with-4k-hdmi-vga-ethernet-sd-reader-and-power-delivery-up-to-100w-docking-station-vga-hdmi/apd/aa574316/pc-accessories#techspecs_section

| | | |
|---|---|---|
| [19.2] a processor, | | Defendant provides a modular computer user interface system comprising a processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's XPS 15 comprises a processor including but not limited to 9th Generation Intel Core i7-9750H processor.<br><br><br><br>Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section |

| | |
|---|---|
| | Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section |
| [19.3] a platform including a keyboard mounted thereon, said processor electrically connected to and responsive of data communication from said keyboard, | Defendant provides a modular computer user interface system comprising a platform including a keyboard mounted thereon, said processor electrically connected to and responsive of data communication from said keyboard.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's XPS 15 comprises a platform including a Backlit keyboard mounted thereon. XPS 15 (used herein as an exemplary product) comprises a processor including but not limited to 9th Generation Intel Core i7-9750H processor which is electrically connected to the Backlit keyboard and processes user input from the Backlit keyboard. |



Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section (annotated)



Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section

|  |  Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section<br><br>Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section |
|---|---|
| [19.4] at least one auxiliary module secured to said platform in | Defendant provides a modular computer user interface system comprising at least one auxiliary module secured to said platform in segregated relation to said keyboard, wherein said auxiliary module includes a card reader unit. |

7

| | |
|---|---|
| segregated relation to said keyboard, wherein said auxiliary module includes a card reader unit, and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides C2G USB C Dock ("auxiliary module") which includes a card reader unit. The C2G USB C Dock is not an integral part of the platform and is connected to the platform using USB-C interface assembly in segregated relation to the keyboard of XPS 15.<br><br><br><br>Source: https://www.dell.com/en-us/shop/c2g-usb-c-dock-with-4k-hdmi-vga-ethernet-sd-reader-and-power-delivery-up-to-100w-docking-station-vga-hdmi/apd/aa574316/pc-accessories#techspecs_section |

- HDMI supports resolutions up to 4K (3840 x 2160 at 30Hz)
- VGA supports resolutions up to 1920 x 1200 at 60Hz
- RJ45 Gigabit Ethernet port
- Two USB 3.0 ports
- Backwards compatible with USB 3.0 and USB 2.0
- SD and Micro SD card readers
- Power delivery to charge a laptop, tablet, or smartphone
- Compatible with 3.1 USB-C and Thunderbolt 3 ports
- Reversible, symmetrical USB-C connector
- Small form factor for portability

Source: https://www.dell.com/en-us/shop/c2g-usb-c-dock-with-4k-hdmi-vga-ethernet-sd-reader-and-power-delivery-up-to-100w-docking-station-vga-hdmi/apd/aa574316/pc-accessories#techspecs_section

## Tech Specs

| | |
|---|---|
| **Product Type**<br>Docking station | **Docking Interface**<br>USB-C |
| **Video Interfaces**<br>VGA, HDMI | **Dimensions (WxDxH)**<br>2.8 in 4.8 in |
| **Weight**<br>3.44 oz | **Color**<br>Black |
| **Networking**<br>Gigabit Ethernet | **Manufacturer Warranty**<br>1-year warranty |

Source: https://www.dell.com/en-us/shop/c2g-usb-c-dock-with-4k-hdmi-vga-ethernet-sd-reader-and-power-delivery-up-to-100w-docking-station-vga-hdmi/apd/aa574316/pc-

9

| | |
|---|---|
| | accessories#techspecs_section |
| [19.5] an interface assembly at least partially connected to said platform and structured to operatively interconnect said auxiliary module and said processor. | Defendant provides a modular computer user interface system comprising an interface assembly at least partially connected to said platform and structured to operatively interconnect said auxiliary module and said processor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's C2G USB C Dock ("auxiliary module") comprises an USB-C interface assembly. The C2G USB C Dock is connected to XPS 15 through the USB-C interface assembly. XPS 15's processor recognizes the C2G USB C Dock and further initiates operations to transfer photos and videos.<br><br><br><br>Source: https://www.dell.com/en-us/shop/c2g-usb-c-dock-with-4k-hdmi-vga-ethernet-sd-reader-and-power-delivery-up-to-100w-docking-station-vga-hdmi/apd/aa574316/pc-accessories#techspecs_section |

10

- HDMI supports resolutions up to 4K (3840 x 2160 at 30Hz)
- VGA supports resolutions up to 1920 x 1200 at 60Hz
- RJ45 Gigabit Ethernet port
- Two USB 3.0 ports
- Backwards compatible with USB 3.0 and USB 2.0
- **SD and Micro SD card readers**
- Power delivery to charge a laptop, tablet, or smartphone
- Compatible with 3.1 USB-C and Thunderbolt 3 ports
- Reversible, symmetrical USB-C connector
- Small form factor for portability

Source: https://www.dell.com/en-us/shop/c2g-usb-c-dock-with-4k-hdmi-vga-ethernet-sd-reader-and-power-delivery-up-to-100w-docking-station-vga-hdmi/apd/aa574316/pc-accessories#techspecs_section

## Tech Specs

| | |
|---|---|
| **Product Type** <br> Docking station | **Docking Interface** <br> USB-C |
| **Video Interfaces** <br> VGA, HDMI | **Dimensions (WxDxH)** <br> 2.8 in 4.8 in |
| **Weight** <br> 3.44 oz | **Color** <br> Black |
| **Networking** <br> Gigabit Ethernet | **Manufacturer Warranty** <br> 1-year warranty |

Source: https://www.dell.com/en-us/shop/c2g-usb-c-dock-with-4k-hdmi-vga-ethernet-sd-reader-and-power-delivery-up-to-100w-docking-station-vga-hdmi/apd/aa574316/pc-

11

accessories#techspecs_section



Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section

Source: https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section

1. List of References

1. https://www.dell.com/en-us/shop/dell-laptops/xps-15-laptop/spd/xps-15-7590-laptop/xn7590edldh#features_section, last accessed on March 18, 2021.
2. https://www.dell.com/en-us/shop/c2g-usb-c-dock-with-4k-hdmi-vga-ethernet-sd-reader-and-power-delivery-up-to-100w-docking-station-vga-hdmi/apd/aa574316/pc-accessories#techspecs_section , last accessed on March 18, 2021.