Exhibit 6

| Claim | Analysis |
|---|---|
| [10.1] A communications system comprising: | To the extent preamble is limiting, Dell Technologies ("Defendant") makes, uses, sells and/or offers to sell a communications system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Latitude 7424 Rugged Extreme Laptop[1] (used herein as an exemplary product) which supports Windows 10 has Find My Device feature to allow users to perform security functions of the Latitude 7424 Rugged Extreme Laptop when it is stolen or lost by using a communication network (Wi-Fi network). The user logs in into the Find My Device account on another device using Microsoft account ID associated with the lost/stolen Latitude 7424 Rugged Extreme Laptop in order to locate the device.<br><br><br><br>Latitude 7424 Rugged Extreme Laptop<br><br>7th Gen Intel® Core™ i3-7130U Processor (Dual Core, 3M Cache, 2.7GHz,15W)<br>Windows 10 Pro 64bit English, French, Spanish<br>8GB, 2x4GB, 2400MHz DDR4 Non-ECC<br>M.2 128GB PCIe NVMe Class 35 Solid State Drive<br>Ports & Slots<br><br>List Price $5,008.43<br>$3,499.00<br><br>Price Match Guarantee<br>Dell Business Credit |

---

[1] While Latitude 7424 Rugged Extreme Laptop has been used as an exemplary infringing product, all Dell laptops/tablets including but not limited to Latitude 5424 Rugged, Latitude 12 7220 Rugged Extreme, and Latitude 7220EX Rugged Extreme Tablet as well as variants and versions of these products have same functionality. The presently charted exemplary infringing product is representative for purposes of illustrating infringement of the other Dell devices.

Source:        https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

**Processor**  Help Me Choose

| 8th Gen Intel® Core™ i7-8650U Processor (Quad Core, 8M Cache, 1.9GHz,15W, vPro) | 8th Gen Intel® Core™ i5-8350U Processor (Quad Core, 6M Cache, 1.7GHz,15W, vPro) | **7th Gen Intel® Core™ i3-7130U Processor (Dual Core, 3M Cache, 2.7GHz,15W)** |
|---|---|---|
| + $509.30 | + $159.98 | Included in price |

**Operating System**  Help Me Choose

| **Windows 10 Pro 64bit English, French, Spanish** | Windows 10 Pro 64-bit English | Ubuntu Linux 18.04 |
|---|---|---|
| Included in price | $0.00 | - $108.28 |

Source:        https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

**Wireless**  Help Me Choose

| Intel® Dual Band Wireless AC 8265 (802.11ac) 2x2 (No BLTH) | No Wireless LAN Card | Intel® Dual Band Wireless AC 8265 (802.11ac) 2x2 + Bluetooth 4.2 |
|---|---|---|
| $0.00 | - $17.47 | Included in price |

Source: https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

# Find and lock a lost Windows device

Applies to: Microsoft account, Windows 10

Find My Device is a feature that can help you locate your Windows 10 device if it's lost or stolen. To use this feature, sign in to your device with a Microsoft account and make sure you're an administrator on it. This feature works when location is turned on for your device, even if other users on the device have turned off location settings for their apps. Any time you attempt to locate the device, users using the device will see a notification in the notification area.

- This setting works for any Windows device, such as a PC, laptop, Surface, or Surface Pen. It needs to be turned on before you can use it.

- You can't use it with a work or school account, and it doesn't work for iOS devices, Android devices, or Xbox One consoles. Here's what to do if your Xbox gets stolen.

Source: https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location

## Turn on Find my device

When you set up a new device, you can decide whether to turn on or turn off the Find my device setting. If you turned it off during setup and now want to turn it on, make sure your Windows device is connected to the internet, has enough battery power so it can send its location, and that you're signed in to the device using your Microsoft account.

1. On the device that you want to change, select **Start** ⊞ > **Settings** ⚙ > **Update & Security** ↻ > **Find my device**.

2. Select **Change** for the device you want to change.

Source: https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location

## Find your Windows device

1. Go to https://account.microsoft.com/devices and sign in.

2. Select the **Find My Device** tab.

3. Choose the device you want to find, and then select **Find** to see a map showing your device's location.

Note

You can locate a shared device only if you have an administrator account on it. On the shared device, select **Start** ⊞ > **Settings** ⚙ > **Account** ⚲ > **Your info** ℞ to see if you're an administrator.

Source: https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location

| [10.2] a mobile station configured to communicate via a communications network, wherein the mobile station comprises: | Defendant provides a mobile station configured to communicate via a communications network. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Defendant provides Latitude 7424 Rugged Extreme Laptop ("mobile station") which has ability to communicate using communication network such as Wi-Fi network to perform the Find My device security functions. |
| |  Latitude 7424 Rugged Extreme Laptop |
| | Source: https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section |

**Processor** Help Me Choose

| 8th Gen Intel® Core™ i7-8650U Processor (Quad Core, 8M Cache, 1.9GHz,15W, vPro) | 8th Gen Intel® Core™ i5-8350U Processor (Quad Core, 6M Cache, 1.7GHz,15W, vPro) | 7th Gen Intel® Core™ i3-7130U Processor (Dual Core, 3M Cache, 2.7GHz,15W) |
|---|---|---|
| + $509.30 | + $159.98 | Included in price |

**Operating System** Help Me Choose

| Windows 10 Pro 64bit English, French, Spanish | Windows 10 Pro 64-bit English | Ubuntu Linux 18.04 |
|---|---|---|
| Included in price | $0.00 | - $108.28 |

Source:    https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

6

**Wireless**  Help Me Choose

| Intel® Dual Band Wireless AC 8265 (802.11ac) 2x2 (No BLTH) | No Wireless LAN Card | Intel® Dual Band Wireless AC 8265 (802.11ac) 2x2 + Bluetooth 4.2 |
|---|---|---|
| $0.00 | - $17.47 | Included in price |

Source:        https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

# Find and lock a lost Windows device

Applies to: Microsoft account, Windows 10

Find My Device is a feature that can help you locate your Windows 10 device if it's lost or stolen. To use this feature, sign in to your device with a Microsoft account and make sure you're an administrator on it. This feature works when location is turned on for your device, even if other users on the device have turned off location settings for their apps. Any time you attempt to locate the device, users using the device will see a notification in the notification area.

- This setting works for any Windows device, such as a PC, laptop, Surface, or Surface Pen. It needs to be turned on before you can use it.

- You can't use it with a work or school account, and it doesn't work for iOS devices, Android devices, or Xbox One consoles. Here's what to do if your Xbox gets stolen.

Source:        https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map

7

[%20showing%20your%20device's%20location](#).

## Turn on Find my device

When you set up a new device, you can decide whether to turn on or turn off the Find my device setting. If you turned it off during setup and now want to turn it on, make sure your Windows device is connected to the internet, has enough battery power so it can send its location, and that you're signed in to the device using your Microsoft account.

1. On the device that you want to change, select **Start** ■ > **Settings** ⚙ > **Update & Security** ↻ > **Find my device**.

2. Select **Change** for the device you want to change.

Source:      [https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location](#).

## Find your Windows device

1. Go to https://account.microsoft.com/devices and sign in.

2. Select the **Find My Device** tab.

3. Choose the device you want to find, and then select **Find** to see a map showing your device's location.

> Note
>
> You can locate a shared device only if you have an administrator account on it. On the shared device, select **Start** ■ > **Settings** ⚙ > **Account** ○ > **Your info** ≈ to see if you're an administrator.

Source:      [https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-](#)

| | |
|---|---|
| | lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location. <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [10.3]    a    user identifying  device configured        to generating    data identifying a user of    the    mobile station; | Defendant provides a user identifying device configured to generating data identifying a user of the mobile station. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Defendant's Latitude 7424 Rugged Extreme Laptop comprises a GPS sensor (Dedicated u-blox NEO-MQN GPS Card) ("user identifying device") which generates location coordinates ("generating data identifying a user") in order to locate the Latitude 7424 Rugged Extreme Laptop device when lost/stolen. |

**Processor**  Help Me Choose

| 8th Gen Intel® Core™ i7-8650U Processor (Quad Core, 8M Cache, 1.9GHz,15W, vPro) | 8th Gen Intel® Core™ i5-8350U Processor (Quad Core, 6M Cache, 1.7GHz,15W, vPro) | 7th Gen Intel® Core™ i3-7130U Processor (Dual Core, 3M Cache, 2.7GHz,15W) |
|---|---|---|
| + $509.30 | + $159.98 | Included in price |

**Operating System**  Help Me Choose

| Windows 10 Pro 64bit English, French, Spanish | Windows 10 Pro 64-bit English | Ubuntu Linux 18.04 |
|---|---|---|
| Included in price | $0.00 | - $108.28 |

Source: https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

**GPS Solutions (Tied)**

| Dedicated u-blox NEO-MQN GPS Card |
|---|
| + $313.68 |

Source: https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

# Find and lock a lost Windows device

Applies to: Microsoft account, Windows 10

Find My Device is a feature that can help you locate your Windows 10 device if it's lost or stolen. To use this feature, sign in to your device with a Microsoft account and make sure you're an administrator on it. This feature works when location is turned on for your device, even if other users on the device have turned off location settings for their apps. Any time you attempt to locate the device, users using the device will see a notification in the notification area.

- This setting works for any Windows device, such as a PC, laptop, Surface, or Surface Pen. It needs to be turned on before you can use it.

- You can't use it with a work or school account, and it doesn't work for iOS devices, Android devices, or Xbox One consoles. Here's what to do if your Xbox gets stolen.

Source: https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location

11

## Turn on Find my device

When you set up a new device, you can decide whether to turn on or turn off the Find my device setting. If you turned it off during setup and now want to turn it on, make sure your Windows device is connected to the internet, has enough battery power so it can send its location, and that you're signed in to the device using your Microsoft account.

1. On the device that you want to change, select **Start** ▦ > **Settings** ⚙ > **Update & Security** ↻ > **Find my device**.

2. Select **Change** for the device you want to change.

Source:      https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location.

## Find your Windows device

1. Go to https://account.microsoft.com/devices and sign in.

2. Select the **Find My Device** tab.

3. Choose the device you want to find, and then select **Find** to see a map showing your device's location.

> **Note**
> You can locate a shared device only if you have an administrator account on it. On the shared device, select **Start** ▦ > **Settings** ⚙ > **Account** ○ > **Your info** ⁞≡ to see if you're an administrator.

Source:      https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location



Source: https://www.youtube.com/watch?v=Mo8W-xRpCHU, at 2:57

Source: https://www.youtube.com/watch?v=Mo8W-xRpCHU, at 3:16

| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [10.4] a receiver configured to receiving at least one security message, wherein the least one security message comprises at least one security function, and wherein at least one security function comprises actuating the user identifying device to generate user-identifying data, and thereafter transmitting a status message including the user-identifying data; and | Defendant provides a receiver configured to receiving at least one security message, wherein the least one security message comprises at least one security function, and wherein at least one security function comprises actuating the user identifying device to generate user-identifying data, and thereafter transmitting a status message including the user-identifying data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's Latitude 7424 Rugged Extreme Laptop comprises a receiver which receives a message (notification) from the user looking for it. The message comprises instructions for Latitude 7424 Rugged Extreme Laptop to generate its latest location coordinates using inbuilt GPS sensor in order to determine the location. The location determining data is transmitted back to the user looking for his/her Latitude 7424 Rugged Extreme Laptop. |

**Processor**  Help Me Choose

| 8th Gen Intel® Core™ i7-8650U Processor (Quad Core, 8M Cache, 1.9GHz,15W, vPro) | 8th Gen Intel® Core™ i5-8350U Processor (Quad Core, 6M Cache, 1.7GHz,15W, vPro) | **7th Gen Intel® Core™ i3-7130U Processor (Dual Core, 3M Cache, 2.7GHz,15W)** |
|---|---|---|
| + $509.30 | + $159.98 | Included in price |

**Operating System**  Help Me Choose

| **Windows 10 Pro 64bit English, French, Spanish** | Windows 10 Pro 64-bit English | Ubuntu Linux 18.04 |
|---|---|---|
| Included in price | $0.00 | - $108.28 |

Source:       https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

**GPS Solutions (Tied)**

Dedicated u-blox NEO-MQN
GPS Card

+ $313.68

Source: https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

# Find and lock a lost Windows device

Applies to: Microsoft account, Windows 10

Find My Device is a feature that can help you locate your Windows 10 device if it's lost or stolen. To use this feature, sign in to your device with a Microsoft account and make sure you're an administrator on it. This feature works when location is turned on for your device, even if other users on the device have turned off location settings for their apps. Any time you attempt to locate the device, users using the device will see a notification in the notification area.

- This setting works for any Windows device, such as a PC, laptop, Surface, or Surface Pen. It needs to be turned on before you can use it.

- You can't use it with a work or school account, and it doesn't work for iOS devices, Android devices, or Xbox One consoles. Here's what to do if your Xbox gets stolen.

Source: https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location

### Turn on Find my device

When you set up a new device, you can decide whether to turn on or turn off the Find my device setting. If you turned it off during setup and now want to turn it on, make sure your Windows device is connected to the internet, has enough battery power so it can send its location, and that you're signed in to the device using your Microsoft account.

1. On the device that you want to change, select **Start ⊞** > **Settings** ⚙ > **Update & Security** ↻ > **Find my device**.

2. Select **Change** for the device you want to change.

Source:       https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location

### Find your Windows device

1. Go to https://account.microsoft.com/devices and sign in.

2. Select the **Find My Device** tab.

3. Choose the device you want to find, and then select **Find** to see a map showing your device's location.

> **Note**
>
> You can locate a shared device only if you have an administrator account on it. On the shared device, select **Start ⊞** > **Settings** ⚙ > **Account** ☌ > **Your info** ☰ to see if you're an administrator.

Source:       https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location



Source: https://www.youtube.com/watch?v=Mo8W-xRpCHU, at 2:57

Source: https://www.youtube.com/watch?v=Mo8W-xRpCHU, at 3:16 (annotated)

18

|  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [10.5] a controller configured to the user identifying device and the receiver, wherein the controller is configured to interpreting the at least one security message and thereafter performing the at least one security function. | Defendant provides a controller configured to the user identifying device and the receiver, wherein the controller is configured to interpreting the at least one security message and thereafter performing the at least one security function.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's Latitude 7424 Rugged Extreme Laptop comprises a controller (Intel Core i3/ i5/ i7 processor) coupled with the receiver and GPS sensor. The controller interprets the message (notification) received at receiver and in response commands the GPS sensor to calculate the location coordinates of the device in order to determine the location of the device. |

**Processor**  Help Me Choose

| | | |
|---|---|---|
| 8th Gen Intel® Core™ i7-8650U Processor (Quad Core, 8M Cache, 1.9GHz,15W, vPro)<br><br>+ $509.30 | 8th Gen Intel® Core™ i5-8350U Processor (Quad Core, 6M Cache, 1.7GHz,15W, vPro)<br><br>+ $159.98 | **7th Gen Intel® Core™ i3-7130U Processor (Dual Core, 3M Cache, 2.7GHz,15W)**<br><br>Included in price |

**Operating System**  Help Me Choose

| | | |
|---|---|---|
| **Windows 10 Pro 64bit English, French, Spanish**<br><br>Included in price | Windows 10 Pro 64-bit English<br><br>$0.00 | Ubuntu Linux 18.04<br><br>- $108.28 |

Source:        https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

**GPS Solutions (Tied)**

Dedicated u-blox NEO-MQN
GPS Card

+ $313.68

Source: https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section

# Find and lock a lost Windows device

Applies to: Microsoft account, Windows 10

Find My Device is a feature that can help you locate your Windows 10 device if it's lost or stolen. To use this feature, sign in to your device with a Microsoft account and make sure you're an administrator on it. This feature works when location is turned on for your device, even if other users on the device have turned off location settings for their apps. Any time you attempt to locate the device, users using the device will see a notification in the notification area.

- This setting works for any Windows device, such as a PC, laptop, Surface, or Surface Pen. It needs to be turned on before you can use it.

- You can't use it with a work or school account, and it doesn't work for iOS devices, Android devices, or Xbox One consoles. Here's what to do if your Xbox gets stolen.

Source: https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location

## Turn on Find my device

When you set up a new device, you can decide whether to turn on or turn off the Find my device setting. If you turned it off during setup and now want to turn it on, make sure your Windows device is connected to the internet, has enough battery power so it can send its location, and that you're signed in to the device using your Microsoft account.

1. On the device that you want to change, select **Start** ⊞ > **Settings** ⚙ > **Update & Security** ↻ > **Find my device**.

2. Select **Change** for the device you want to change.

Source:       https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location

## Find your Windows device

1. Go to https://account.microsoft.com/devices and sign in.

2. Select the **Find My Device** tab.

3. Choose the device you want to find, and then select **Find** to see a map showing your device's location.

> **Note**
>
> You can locate a shared device only if you have an administrator account on it. On the shared device, select **Start** ⊞ > **Settings** ⚙ > **Account** ⌕ > **Your info** ℞ to see if you're an administrator.

Source:       https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map

%20showing%20your%20device's%20location



Source: https://www.youtube.com/watch?v=Mo8W-xRpCHU, at 2:57



Source: https://www.youtube.com/watch?v=Mo8W-xRpCHU, at 3:16 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

# 1. List of References

1. https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7424-rugged-extreme-laptop/spd/latitude-14-7424-laptop/xctol742414us#techspecs_section, last accessed on March 18, 2021.
2. https://support.Microsoft.com/en-us/help/11579/Microsoft-account-find-and-lock-lost-windows-device#:~:text=Find%20your%20Windows%20device,map%20showing%20your%20device's%20location. , last accessed on March 18, 2021.
3. https://www.youtube.com/watch?v=Mo8W-xRpCHU, last accessed on March 18, 2021.